1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )   Case No.: 11-2799M
                                        )
11                    Plaintiff,        )
                                        )
12        vs.                           )   ORDER OF DETENTION AFTER HEARING
                                        )      [Fed.R.Crim.P. 32.1(a)(6);
13   Gabriel                            )       18 U.S.C. 3143(a)]
                                        )
14                                      )
     Estrada       Defendant.           )
15                                      )
                                        )

16
17

18        The defendant having been arrested in this District pursuant to

19   a  warrant  issued  by  the  United  States  District  Court  for  the

20   _____ CD/CA _____ for alleged violation(s) of the terms and

21   conditions of his/her [probation] [supervised release]; and

22        The  Court  having  conducted  a  detention  hearing  pursuant  to

23   Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

24        The Court finds that:

25   A.   (X)  The defendant has not met his/her burden of establishing by

26   clear  and  convincing  evidence  that  he/she  is  not  likely  to  flee

27   if released under 18 U.S.C. § 3142(b) or (c).  This finding is

28   based on _____PSA Rpt_____

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:_____

_____

_____

_____

_____


IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _____11/22/11____

                                    _Ken Tu_____
                                    UNITES STATES MAGISTRATE JUDGE

2